In the Matter of the Claim of ALICE W. PILGER, Respondent, against COUNTY OF WESTCHESTER et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued April 28, 1955; decided June 9, 1955.

*Harry G. Herman, County Attorney (Ogden C. Noel* and *Anthony J. Caputo* of counsel), for County of Westchester, appellant.

*Ogden C. Noel* and *Anthony J. Caputo* for Interboro Mutual Indemnity Insurance Company, appellant.

*Jacob K. Javits, Attorney-General (Roy Wiedersum, Henry S. Manley* and *Milton Alpert* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.